# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of April, two thousand twenty-five.

Grievance Committee of the Eastern District of New York,

      Petitioner - Appellee,

v.

Richard E. Lerner,

      Respondent - Appellant.

**ORDER**

Docket No. 18-2782

Grievance Committee of the Eastern District of New York,

      Petitioner - Appellee,

v.

Frederick Martin Oberlander,

      Respondent - Appellant.

Docket No. 24-2974

      By order dated March 7, 2025, the Court granted Appellants' motion for an extension of time to file their briefs until 56 days after the district court unseals the docket of the underlying cases. Appellee now informs the Court that as of March 10, 2025, the docket in *In re Lerner* has been publicly available with the exception of documents that the court has ordered to be either sealed or filed in redacted form, and the docket in *In re Oberlander* has been publicly available since before that date. Upon consideration thereof,

      IT IS HEREBY ORDERED that Appellants' opening briefs are due May 5, 2025. No extensions of time will be granted absent extraordinary circumstances.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

