# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of May, two thousand twenty-five.

| | |
|---|---|
| In Re: Richard E. Lerner. <br> ------------------------------------------------ <br> Grievance Committee of the Eastern District of New York, <br><br>      Petitioner - Appellee, <br><br> v. <br><br> Richard E. Lerner, <br><br>      Respondent - Appellant. | **ORDER** <br><br> Docket No. 18-2782 |

The parties have filed a non-dispositive stipulation to file a deferred appendix pursuant to FRAP 30(c) and Local Rule 30.1(c).

The stipulation is hereby SO ORDERED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court