## MOTION INFORMATION STATEMENT

Docket Number(s): 18-2782

Caption [use short title]

Motion for: Two-day extension of time to file joint
brief

In Re Lerner

Set forth below precise, complete statement of relief sought:

Co-Appellant Frederick M. Oberlander has requested
the consent of the appellee, the EDNY Grievance
Committee, for a two-day extension of time to
file a joint appeal brief. Counsel for the Committee
Kevin Mulry has consented. I request that my
time be extended by two days. Mr. Mulry consents.

MOVING PARTY: Richard Lerner

OPPOSING PARTY: EDNY Grievance Committee (no opposition)

☐ Plaintiff        ☐ Defendant

■ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Richard E. Lerner

OPPOSING ATTORNEY: Kevin Mulry

[name of attorney, with firm, address, phone number and e-mail]

69-46 Harrow St., Forest Hills, NY 11375

Farrell Fritz, PC 400 RXR Plaza, Uniondale, New York 11556-3826

917-584-4864  richard@mazzolalindstrom.com

516-227-0620  Kmulry@farrellfritz.com

Court- Judge/ Agency appealed from: EDNY -- Ann M. Donnelly USDJ

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes  ☐ No (explain): _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

_____
_____
_____
_____

Opposing counsel's position on motion:
■ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ■ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ■ No  If yes, enter date: _____

Signature of Moving Attorney:
_____  Date: 6/16/2025        Service : ■ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

United States Court of Appeals
Second Circuit

------------------------------------------------x     Docket No. 18-2782

In re Richard E. Lerner

------------------------------------------------x

Grievance Committee of the Eastern
District of New York,

                Petitioner-Appellee,

     -against-

Richard E. Lerner,

                Respondent-Appellant.

------------------------------------------------x

### Declaration of Richard E. Lerner in Support of On-Consent Motion for Enlargement of Time to Perfect Appeal

I, Richard E. Lerner, appearing pro se in this matter, state under penalty of perjury, pursuant to 28 U.S.C. 1746 as follows:

1.     I am the respondent-appellant in this matter, which arises from a grievance charge against me, involving my representation of co-appellant attorney Frederick M. Oberlander. Mr. Oberlander's docket number is 24-2974.

2.     On May 5, 2025, I filed my appeal brief, albeit oversized, and was subsequently granted leave to file the oversized brief. Based upon a separate order directing co-appellant Frederick Oberlander to file his brief by today, I requested that my time to re-submit my brief with the table of contents and table of authorities be due today. That application was granted this morning.

3. However, on Friday, Mr. Oberlander inquired of counsel for the appellee Grievance Committee for the EDNY whether he would consent to a two-day extension of time to file a joint brief. Counsel for the Committee Kevin Mulry very graciously consented to Mr. Oberlander's request, provided that it be a joint brief for both me and Mr. Oberlander. (See attached email exchange). Mr. Oberlander is revising the brief that I had prepared to make it a joint submission, and has represented to Mr. Mulry that it will be markedly reduced in size from the prior version.

4. This morning, the Court issued an order directing that I file my brief today, with the tables. I respectfully request that the time be enlarged by two-days, as Mr. Oberlander is continuing to revise the brief, so that it may be made a joint submission, reduced in size, as noted in the email exchange.

WHEREFORE, I respectfully request that this Court grant a two-day extension of time within which to file the joint brief, with tables, to Wednesday, June 18, 2025.

Dated: Queens, New York
      June 16, 2025

_____
Richard E. Lerner
69-46 Harrow St.
Forest Hills, New York 11375
917-584-4864
richardlerner@msn.com
richard@mazzolalindstrom.com

| | |
|---|---|
| **From:** | Mulry, Kevin P. |
| **To:** | Frederick M. Oberlander |
| **Cc:** | Richard Lerner |
| **Subject:** | RE: oberlander/lerner filing |
| **Date:** | Friday, June 13, 2025 2:46:59 PM |

Mr. Oberlander –

If both you and Mr. Lerner are filing one joint brief in both cases that is within the page limits
approved by the Court with respect to Mr. Lerner's brief, the Committee consents to a two day
extension for the filing of the brief in each appeal. I have included Mr. Lerner as I assume an
application would have to be made in both cases.

Best,
Kevin

**Kevin P. Mulry** | **Partner** | **FARRELL FRITZ, P.C.**
400 RXR Plaza | Uniondale, New York 11556-3826
Office: 516.227.0620 | Fax: 516.336.2262 | **kmulry@farrellfritz.com**| |**www.farrellfritz.com**|

Please consider the environment before printing this E-mail.
PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity
to which it is addressed and may contain confidential and/or privileged material. Any review,
retransmission, dissemination or other use of, or taking of any action in reliance upon, this
information by persons or entities other than the intended recipient is prohibited. If you receive
this transmission in error, please contact the sender immediately and delete the material from
your computer.

**From:** Frederick M. Oberlander <fred55@aol.com>
**Sent:** Friday, June 13, 2025 2:42 PM
**To:** Mulry, Kevin P. <kmulry@FarrellFritz.com>
**Subject:** oberlander/lerner filing

[**Warning**: External Email]

we should be able to file one brief and mirabile dictu within lerners 39,000 word
limit and not even using my 13,000

i have lost the day with a veyr erious online failure very easily documented and
so between that and the extra work to compress and consoldiate and so prof
tarkington doesn't go nuts reviewing before filing, shes been our expert thru all
of this

may i tell the court u dont object to a 48hr hold or whatever so it can be filed on
wednesday. it will be appreciated.

thank you